UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Case No. 23-72429-AST

JENNIE L. DAVIS
aka JENNIE L. TAYLOR,                                       Chapter 13

                                        Debtor.
----------------------------------------------------------X

## ORDER GRANTING DEBTOR'S APPLICATION TO SUBMIT PERSONAL INJURY ACTION TO ARBITRATION

Upon the application ("Application") of the Debtor, Jennie L. Davis, for entry of an order, pursuant to Rule 9019(c) of the Federal Rules of Bankruptcy Procedure, authorizing submission of the debtor's personal injury action to arbitration with National Arbitration and Mediation; and it appearing that notice of the Application was good and sufficient; and no opposition having been interposed; and a hearing having been held before this Court on July 30, 2024; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that this Court does not have jurisdiction to determine if the Debtor's personal injury action, now pending in the Supreme Court, State of New York, County of Suffolk, under index number 605084/2022 ("Personal Injury Action"), should be submitted to arbitration with National Arbitration and Mediation; and it is further

ORDERED, that this Court defers to the Supreme Court, State of New York, County of Suffolk, to determine if the Personal Injury Action should be submitted to arbitration with National Arbitration and Mediation; and it is further

ORDERED, that the Debtor, through her attorneys, Bragoli & Associates, P.C. is hereby authorized to seek an order from the Supreme Court, State of New York, County of Suffolk, authorizing the Personal Injury Action to be submitted to arbitration with National Arbitration and

Mediation; and it is further

ORDERED, that all compensation and reimbursement of expenses to be paid to Bragoli & Associates, P.C. shall be subject to prior application to, and award by, this Court, pursuant to Bankruptcy Code § 330; and it is further

ORDERED, that attorney's fees in the amount of $400.00 shall be awarded to Andrew M. Doktofsky, P.C. for services rendered in connection with making the Application; and it is further

ORDERED, that the Chapter 13 Trustee and the Office of the United States Trustee reserve rights to object to any fee request, including without limitation on the grounds of reasonableness.

NO OBJECTION
CHAPTER 13 TRUSTEE

By: s/Nathan Z. Kaufman
Nathan Z. Kaufman, Esq.
Staff Attorney for the
Chapter 13 Trustee, Krista M. Preuss



Dated: August 21, 2024
      Central Islip, New York

_____
      Alan S. Trust
Chief United States Bankruptcy Judge